■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BEANER, Appellant.—Judgment unanimously reversed, on the law and facts, and a new trial granted. Same memorandum as in *People v Moss* (60 AD2d 751). (Appeal from judgment of Erie Supreme Court—robbery, first degree.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.